CHURCH *v.* ANTI-KALSOMINE CO.

119 437
s 120 251

1. CIRCUIT COURTS—ORDER FOR PRODUCTION OF BOOKS—REVIEW—MANDAMUS.

*Mandamus* is the proper proceeding by which to review an order of the circuit court requiring a defendant corporation to produce books and papers for the inspection of the plaintiff.

2. SAME—COMMISSIONERS—CERTIORARI.

Circuit court commissioners are not authorized to interfere with proceedings in the circuit court by granting the writ of *certiorari* to a party aggrieved by a ruling of the circuit judge.

Case by Melvin B. Church against the Anti-Kalsomine Company: On motion to dismiss a writ of *certiorari,* issued by a commissioner on defendant's application. Submitted January 31, 1899. Granted March 6, 1899.

*Hyde, Earle & Thornton,* for the motion.

*T. J. O'Brien (Fletcher & Wanty,* of counsel), contra.

PER CURIAM. The court in this case made an order that the defendant produce certain books and papers for

the examination of plaintiff's bookkeeper. Defendant applied to the circuit court commissioner to allow the writ of *certiorari* to this court to review this order. The commissioner allowed the writ. Plaintiff moves to dismiss it.

We think the motion must be granted. *Mandamus* is the proper remedy. *Cummer* v. *Kent Circuit Judge,* 38 Mich. 351; *Petrie* v. *Muskegon Circuit Judge,* 90 Mich. 265; *Eddy* v. *Bay Circuit Judge,* 114 Mich. 668.

We do not think it was the intention of the legislature to authorize a circuit court commissioner to interfere with proceedings in circuit courts, and thus permit an inferior officer or tribunal to decide that a superior one has committed error, and stop further proceedings by granting the writ of *certiorari* to review such action.

Motion granted, and writ dismissed.